**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE MATTER OF<br><br>Liberty Propane, L.P.; Rocky Mountain Propane Operations, LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>David R. Feheley; T. Andrew Feheley; Sun Energy Propane, Inc.; and Inisfree Holdings, Inc.,<br><br>      Defendants. | No. MC 05-0078-PHX-JAT<br><br>**ORDER** |

On July 6, 2005, Liberty Propane, LP and Rocky Mountain Propane Operations, LLC (collectively "the Petitioners") filed this action. The Petitioners request assistance in compelling third-party Amy Boumout to appear and produce documents at a hearing in Florida concerning an arbitration between the Petitioners and David R. Feheley, T. Andrew Feheley, Sun Energy Propane, Inc., and Inisfree Holdings, Inc. The date of the hearing alleged in the Petition is July 26, 2005, at 11:00 a.m.

On July 15, 2005, the Petitioners filed a return of service showing that Amy Boumout was served with a subpoena on July 12, 2005. On July 25, 2005, the parties stipulated to an extension of time to file a responsive pleading. The Court granted the stipulation and

1  Ordered the parties to respond by October 9, 2005. The parties failed to file a responsive
2  pleading.
3      The sole relief requested this action was assistance in compelling third-party Amy
4  Boumout to appear and produce documents at a hearing in Florida on July 26, 2005. This
5  date has long since passed. The Petitioners have not requested any additional relief.
6  Therefore, the Plaintiff's Petition is moot.
7      Accordingly,
8      IT IS ORDERED DENYING AS MOOT the Petition to Enforce Arbitration
9  Subpoena Pursuant to the Federal Arbitration Act (doc. 1). This action is hereby dismissed.
10      DATED this 23rd day of March, 2006.

*James A. Teilborg*
United States District Judge